UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| DEBRA MCHONE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 18-206-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | ) ) ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to 42 U.S.C. § 405(g), it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The final administrative decision of Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, is **AFFIRMED**.

2. Judgment is entered in favor of Defendant Berryhill with respect to all issues raised in this civil action.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: September 11, 2018.

Signed By:
*Danny C. Reeves*
United States District Judge